No. 97–9608. GEITZ v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 97–9609. DIAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9610. DANNALS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9611. FARABAUGH v. ALLEGHENY VALLEY HOSPITAL ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–9612. ROSS v. RICE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9613. SCHACKART v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 97–9614. SNAVELY v. CITY OF PALO ALTO. C. A. 9th Cir. Certiorari denied.

No. 97–9616. WILLIAMS v. EDGAR, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–9618. BRELOVE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9619. CANATELLA v. RENNE ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–9620. HUNT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9621. HARRISON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 97–9622. HUFF, AKA THOMPSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–9623. DEBLASIO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.